CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
OCT 31 2013
JULIA C. DUDLEY, CLERK
BY: /s/ M. Hall
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| MICHAEL ANTHONY MCCLANAHAN, | ) | Civil Action No. 7:13-cv-00463 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD CLARKE, | ) | By:   Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

**ENTER**: This 31st day of October, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge